# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **Honorable** | Jacqueline P. Cox |
| **Hearing Date** | 12/16/19 |
| **Bankruptcy Case No.** | 19-25271 |
| **Adversary No.** | |
| **Title of Case** | Betty J. Wilson |
| **Brief Statement of Motion** | Modification of Chapter 13 Plan |
| **Names and Addresses of moving counsel** | DAVID M. SIEGEL & ASSOCIATES, LLC<br>790 Chaddick Drive, Wheeling, IL 60090 |
| **Representing** | DEBTOR(S) |

## ORDER   [handwritten: paragraph 2]

Part 8.1 of Debtor's Chapter 13 Plan is amended to remove "[handwritten insertion] Pamela Wilson (daughter) has the 2018 Chevrolet Malibu vehicle and will be making the payments directly to PNC Bank (lender) directly."

*[signed] Jacqueline P. Cox*
J. Cox

6/11/99